PROB 12C
(6/16)

Report Date: February 19, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 19, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glen Ray Briggs    Case Number: 0980 2:07CR02065-LRS-1

Address of Offender: ███████████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior United States District Judge

Date of Original Sentence: March 6, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Counts 1 & 2: Distribution of a Controlled Substance,, 21 U.S.C. § 846(a)(1) | | |
| Original Sentence: | Prison - 324 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Re-sentencing:<br>(12/13/2011) | Prison - 240 months<br>TSR - 60 months | | |
| Sentence Reduction:<br>(06/01/2016) | Prison - 225 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: August 17, 2023 | |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: August 16, 2028 | |

### PETITIONING THE COURT

To issue a summons.

On August 18, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on February 10, 2026.<br><br>On January 28, 2026, the probation officer instructed Mr. Briggs to report to the U.S. Probation Office on February 10, 2026, at 10 a.m.<br><br>On February 10, 2026, Mr. Briggs failed to report to the U.S. Probation Office as instructed. |

**Prob12C**
**Re: Briggs, Glen Ray**
**February 19, 2026**
**Page 2**

2      <u>**Special Condition #17**</u>: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     <u>**Supporting Evidence**</u>: The offender is alleged to have violated special condition number 17, by ingesting a controlled substance, marijuana, on or about February 11, 2026.

     On February 11, 2026, the offender submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for marijuana. At that time, he signed a denial form indicating he had not used marijuana. When questioned further by the probation officer, he eventually admitted to consuming an edible that contained marijuana.

     The urine sample was sent to Alere Toxicology Services and was confirmed positive for marijuana. It should be noted, the sample was also dilute.

3      <u>**Mandatory Condition #2**</u>: The defendant shall not commit another Federal, state, or local crime.

     <u>**Supporting Evidence**</u>: The offender is alleged to have violated mandatory condition number 2, by committing the offense of Driving While License Suspended Third Degree, in violation of R.C.W. 46.20.342.1C, on or about February 17, 2026.

     On or about February 17, 2026, Spokane Police Department cited the offender for driving while licensed suspended third degree. It should be noted, he was also cited for speeding and operating a motor vehicle without insurance.

     On February 25, 2026, Mr. Briggs is scheduled to appear in Spokane Municipal Court for his arraignment, case number 6A0069355.

4      <u>**Standard Condition #3:**</u> The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

     On January 21 and 28, 2026, Mr. Briggs was instructed by the probation officer to not drive his motor vehicle until his license is reinstated.

     As noted in violation number 3, the offender was cited for driving while license suspended on February 17, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 19, 2026

     s/Lori Cross

     Lori Cross
     U.S. Probation Officer

Prob12C

**Re: Briggs, Glen Ray**
**February 19, 2026**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[✓]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

February 19, 2026
_____
Date